UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **REGINALD SIMPSON** | **CASE NO. 6:23-CV-00390** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **KNIGHT SPECIALTY INSURANCE CO., ET AL.** | **MAGISTRATE JUDGE DAVID J. AYO** |

## JUDGMENT

Before this Court is a MOTION FOR REMAND filed by Plaintiff. (Rec. Doc. 9). This motion was referred to United States Magistrate Judge David J. Ayo for report and recommendation. After an independent review of the record, noting the absence of objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, Plaintiff's MOTION FOR REMAND (Rec. Doc. 9) is GRANTED, and Plaintiff's suit is hereby REMANDED to the 15th Judicial District Court for the Parish of Lafayette, Louisiana.

**THUS DONE AND SIGNED** at Lafayette, Louisiana, this 13th day of March, 2024.

_____
**ROBERT R. SUMMERHAYS**
**UNITED STATES DISTRICT JUDGE**